| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) OBERDORFER, LOUIS F | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SNR STAT | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address ROOM 2309, U.S. COURTHOUSE 3RD & CONSTITUTION, NW WASHINGTON, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUSTS #8-11 |
| 4. | TRUSTEE | TRUST U/A 6/24/94 FBO ███████ TRUST #12 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 MAY 19 A 11: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|-------------------------------------|
| 1. |  |  |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. |  |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|--|--------|-------------|
| 1. | FREE FOUNDATION | JULY 8 - 14 BOZEMAN, MT    SEMINAR    FOOD & LODGING |
| 2. | COLORADO SCHOOL OF LAW | JANUARY 23 - 26 BOULDER, CO    JUSTICE WHITE PANEL    AIRFARE, MEALS |
| 3. | RENAISSANCE INSTITUTE | DECEMBER 29 - 31, CHARLESTON, SC    RENAISSANCE WEEKEND    REMITTED TUITION |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     COMMON STOCKS | | | | | | | | | |
| 2.   IBM | B | Dividend | M | T | | | | | |
| 3.   JOHNSON & JOHNSON | C | Dividend | M | T | Part Sale | 3/27 | J | D | |
| 4.   BP AMOCO PLC | C | Dividend | M | T | | | | | |
| 5.   CHEVRONTEXACO CORP | B | Dividend | L | T | | | | | |
| 6.   GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 7.   DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 8.   HUBBELL INC | B | Dividend | K | T | | | | | |
| 9.   GENERAL MILLS | B | Dividend | K | T | | | | | |
| 10.   SPRINT CORP PCS COM SER 1 | | None | J | T | | | | | |
| 11.   GANNETT | A | Dividend | K | T | | | | | |
| 12.   CATERPILLAR | A | Dividend | K | T | Part Sale | 8/29 | K | D | |
| 13.   PHOENIX COMPANIES | | | | | Sold | 3/27 | J | B | |
| 14.   ARCHSTONE SMITH TRUST | B | Dividend | K | T | Buy | 3/27 | K | | |
| 15.   EQUITY RESIDENTIAL PPTYS | B | Dividend | L | T | Buy | 5/7 | L | | |
| 16.   EQUITY RESIDENTIAL PPTYS | B | Capgn | | | | | | | |
| 17.   JEFFERSON PILOT CORP | A | Dividend | K | T | Buy | 7/3 | K | | |
| 18.   NORTHROP CORP | A | Dividend | K | T | Buy | 3/27 | K | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. XCEL ENERGY INC. | A | Dividend | L | T | Buy | 7/3 | L | | |
| 20. NORFOLK SOUTHERN CORP | A | Dividend | | | Buy | 3/27 | K | | |
| 21. NORFOLK SOUTHERN CORP | | | | | Sold | 9/23 | K | | |
| 22. | | | | | | | | | |
| 23. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 24. LIBERTY ACORN TRUST | | | | | Name Change | | | | To Columbia Acorn Trust |
| 25. COLUMBIA ACORN TRUST | A | Capgn | N | T | Name Change | | | | From Liberty Acorn Trust |
| 26. NEUBERGER BERMAN GUARDIAN | A | Dividend | L | T | | | | | |
| 27. SCUDDER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 28. VANGUARD WINDSOR FUND | B | Dividend | M | T | | | | | |
| 29. SOLOMON BROS INV FUND | A | Dividend | K | T | | | | | |
| 30. RIGGS FDS UST MM | A | Int/Div | | | Exchange | 9/26 | N | | Exchange into Fed Auto Govt |
| 31. FEDERATED AUTOMATED GOVT MONEY TRUST | A | Int/Div | N | T | Buy Monthly | 2003 | | | Exchange From Riggs UST MM |
| 32. FHLB DEB 6.85% 6/18/09 | D | Interest | M | T | | | | | |
| 33. FHLB 5.5% 9/24/13 | | None | L | T | Buy | 9/10 | K | | |
| 34. FED NATL MTG ASSN 5.5% 9/16/16 | | None | K | T | Buy | 9/10 | K | | |
| 35. US T NTS 3.375% 1/15/07 | C | Interest | L | T | | | | | |
| 36. US T NTS 2.75% 9/30/2003 | B | Interest | | | Mature | 9/30 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 3 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. US T NTS 5.5% 5/15/09 | C | Interest | | | Sold | 5/7 | M | D | |
| 38. US T NTS 3% 1/31/04 | A | Interest | K | T | | | | | |
| 39. UT T NTS 4.875% 2/15/12 | C | Interest | | | Sold | 5/7 | M | D | |
| 40. US T NTS 4.375% 5/15/07 | D | Interest | M | T | | | | | |
| 41. US T NTS 3.875% 2/15/13 | A | Dividend | | | Buy | 3/20 | K | | |
| 42. US T NTS 3.875% 2/15/13 | | | | | Sold | 11/28 | K | | |
| 43. SELECT SECTOR SPDR FUND - UTILITIES | A | Dividend | L | T | Buy | 8/29 | L | | |
| 44. VANGUARD REIT | | | | | Buy | 5/7 | M | | |
| 45. VANGUARD REIT | | | | | Sold | 6/2 | M | C | |
| 46. | | | | | | | | | |
| 47. MUNICIPAL BONDS | | | | | | | | | |
| 48. VA STATE 6.0% 6/1/05 | B | Interest | | | Call | 6/1 | L | | |
| 49. NORFOLK VA 5.4% 6/1/04 | C | Interest | L | T | | | | | |
| 50. NORFOLK VA 5.0% 6/1/05 | B | Interest | K | T | | | | | |
| 51. VA STATE GO 5.0% 6/1/08 | B | Interest | L | T | | | | | |
| 52. VA PUB BLDG 5.25% 8/1/06 | C | Interest | J | T | Part Call | 8/1 | K | A | |
| 53. VA PUB SCHOOL 5.3% 1/1/07 | C | Interest | L | T | | | | | |
| 54. HAMPTON VA 5.0% 8/1/07 | B | Interest | | | Call | 8/1 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day. | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. VA BEACH 5.4% 7/15/09 | B | Interest | K | T | | | | | |
| 56. VA PUB BLDG 4.9% 8/1/03 | B | Interest | | | Mature | 8/1 | K | | |
| 57. ROANOKE VA 5.0% 2/1/14 | B | Interest | K | T | | | | | |
| 58. VA PUB BLDG AUTH 5.2% 8/1/14 | C | Interest | | | Sold | 12/1 | L | C | |
| 59. VA COLLEGE BLDG AUTH 5.0% 8/1/10 | B | Interest | K | T | | | | | |
| 60. LEESBURG 5.0% 1/15/13 | C | Interest | | | Sold | 12/1 | L | C | |
| 61. VA HDA 5.1% 6/1/14 | C | Interest | | | Sold | 12/1 | L | B | |
| 62. VA BEACH 5.75% 11/1/10 | C | Interest | M | T | | | | | |
| 63. | | | | | | | | | |
| 64. ████████LOTS ████ | | None | K | S | | | | | |
| 65. *PROPERTY OWNED███████-INCOME & VALUE FBO █=1/2 VALUE | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. RIGGS NATIONAL BANK, WASHINGTON, D.C. | A | Interest | K | T | | | | | |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income-Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

Trust #1

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. COMMON STOCKS | | | | | | | | | |
| 74. UNION PACIFIC CORP. | | | | | | | | | |
| 75. JOHNSON & JOHNSON | | | | | Part Sale | 3/27 | J | D | |
| 76. ANADARKO PETE | | | | | | | | | |
| 77. AMGEN | | | | | Part Sale | 3/27 | J | D | |
| 78. CHEVRONTEXACO CORP | | | | | | | | | |
| 79. GENERAL ELECTRIC | | | | | | | | | |
| 80. FOREST LABS | | | | | | | | | |
| 81. ROYAL DUTCH PETE CO. | | | | | | | | | |
| 82. VIACOM INC. | | | | | Part Sale | 3/27 | J | C | |
| 83. NEXTEL COMM. INC. | | | | | Part Sale | 7/3 | J | D | |
| 84. AUTOMATIC DATA PROCESSING | | | | | Buy | 3/27 | J | | |
| 85. WALT DISNEY CO | | | | | Buy | 3/27 | J | | |
| 86. JEFFERSON PILOT CORP | | | | | Buy | 7/3 | K | | |
| 87. XCEL ENERGY, INC. | | | | | Buy | 7/3 | K | | |
| 88. NORTHROP CORP | | | | | Buy | 3/27 | J | | |
| 89. NORTHROP CORP | | | | | Buy | 8/29 | J | | |
| 90. NORFOLK SOUTHERN CORP | | | | | Buy | 3/27 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q – Appraisal    R – Cost (Real Estate Only)    S – Assessment    T = Cash/Market
See Column C2)    U – Book Value    V – Other    W – Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | OBERDORFER, LOUIS F    Trust #1 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. NORFOLK SOUTHERN CORP | | | | | Sold | 9/23 | J | | |
| 92. | | | | | | | | | |
| 93.      MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 94. LIBERTY ACORN TRUST | | | | | Name Change | | | | To Columbia Acorn Trust |
| 95. COLUMBIA ACORN TRUST | | | | | Name Change | | | | From Liberty Acorn Trust |
| 96. NEUBERGER BERMAN GUARDIAN | | | | | | | | | |
| 97. RIGGS BANK MONEY MARKET | | | | | Exchange | 9/26 | L | | Exchange to Fed Auto Govt |
| 98. FEDERATED AUTOMATED GOVT MONEY TRUST | | | | | Buy Monthly | 2003 | | | Exchange from Riggs UST MM |
| 99. SCUDDER INTERNATIONAL FUND | | | | | | | | | |
| 100. VANGUARD WINDSOR FUND | | | | | | | | | |
| 101. EXCELSIOR TAX-EX SHORT TERM FUND RCPTS | | | | | Buy Monthly | 2003 | J | | |
| 102. FHLB DEB 6.85% 6/18/09 | | | | | | | | | |
| 103. VANGUARD REIT INDEX | | | | | Buy | 5/7 | L | | |
| 104. VANGUARD REIT INDEX | | | | | Sold | 6/2 | M | D | |
| 105. US T NTS 3.5% 11/15/06 | | | | | | | | | |
| 106. US T NTS 4.875% 2/15/12 | | | | | Sold | 5/7 | L | D | |
| 107. US T NTS 3% 2/29/04 | | | | | | | | | |
| 108. US T NTS 7.5% 2/15/05 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

| Name of Person Reporting | Trust #1 | Date of Report |
|---|---|---|
| OBERDORFER, LOUIS F | | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. US T NTS 5.625% 2/15/06 | | | | | | | | | |
| 110. US T NTS 4.375% 5/15/07 | | | | | | | | | |
| 111. UST MASTER TAX EXEMPT FUNDS | | | | | Buy Monthly | 2003 | | | |
| 112. SELECT SECTOR SPDR FUND - UTILITIES | | | | | Buy | 8/29 | K | | |
| 113. | | | | | | | | | |
| 114. MUNICIPAL BONDS | | | | | | | | | |
| 115. ROANOKE VA 5.0% 2/1/14 | | | | | Sold | 12/1 | K | B | |
| 116. FAIRFAX CNTY VA REDEV 4.1% 6/1/08 | | | | | | | | | |
| 117. FAIRFAX CNTY VA REDEV 4.25% 6/1/10 | | | | | | | | | |
| 118. ROANOKE VA 5.0% 8/1/12 | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. AGGREGATE-SEE NOTE PART VIII | E | Int/Div | N | T | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 8 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  COMMON STOCKS | | | | | | | | | |
| 128.  AMSOUTH BANCORP | D | Dividend | N | T | | | | | |
| 129.  COCA COLA CO | E | Dividend | P1 | T | | | | | |
| 130.  BANK ONE CORP. | D | Dividend | O | T | Part Sale | 1/8 | K | E | |
| 131.  IBM | C | Dividend | N | T | | | | | |
| 132.  SOUTHTRUST CORP | E | Dividend | O | T | Part Sale | 1/8 | K | E | |
| 133.  SOUTHTRUST CORP | | | | | Part Sale | 4/3 | J | D | |
| 134.  SUNTRUST BANKS | D | Dividend | M | T | | | | | |
| 135.  TORCHMARK CORP | E | Dividend | P1 | T | | | | | |
| 136.  TORCHMARK CORP | | | | | Part Sale | 3/27 | K | E | |
| 137.  TORCHMARK CORP | | | | | Part Sale | 4/3 | K | E | |
| 138.  WADDELL & REED | D | Dividend | N | T | | | | | |
| 139.  BP AMOCO PLC | D | Dividend | N | T | | | | | |
| 140.  MERCK & CO INC. | D | Dividend | M | T | | | | | |
| 141.  MEDCO | | None | K | T | Spinoff | 8/20 | | | From Merck & Co Inc |
| 142.  AMGEN | | None | N | T | | | | | |
| 143.  CHEVRONTEXACO CORP | C | Dividend | M | T | | | | | |
| 144.  GENERAL ELECTRIC | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. DOW CHEMICAL CO | C | Dividend | M | T | | | | | |
| 146. GENERAL MILLS | B | Dividend | L | T | | | | | |
| 147. CATERPILLAR INC. | B | Dividend | L | T | Part Sale | 8/29 | L | E | |
| 148. JEFFERSON PILOT CORP | B | Dividend | M | T | Buy | 7/3 | L | | |
| 149. XCEL ENERGY INC | B | Dividend | M | T | Buy | 7/3 | M | | |
| 150. EQUITY RESIDENTIAL PPTYS | C | Dividend | M | T | Buy | 5/7 | M | | |
| 151. EQUITY RESIDENTIAL PPTYS | C | Capgn | M | T | | | | | |
| 152. | | | | | | | | | |
| 153. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 154. LIBERTY ACORN TRUST | | | | | Name Change | | | | To Columbia Acorn Trust |
| 155. COLUMBIA ACORN TRUST | A | Capgn | O | T | Name Change | | | | From Liberty Acorn Trust |
| 156. SCUDDER INTERNATIONAL | B | Dividend | M | T | | | | | |
| 157. VANGUARD WINDSOR FUND | B | Dividend | M | T | | | | | |
| 158. RIGGS FDS US TREAS MM FD | A | Int/Div | | | Exchange | 9/26 | M | | Exchange into Fed Auto Govt |
| 159. FEDERATED AUTOMATED GOVT MONEY TRUST | A | Int/Div | N | T | Buy Monthly | 2003 | | | Exchange from Riggs UST MM |
| 160. FHLB 6.85% 6/18/09 | D | Interest | M | T | | | | | |
| 161. SCUDDER MED TERM TAX FREE | D | Interest | M | T | | | | | |
| 162. SCUDDER MED TERM TAX FREE | A | Capgn | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. SELECT SECTOR SPDR FUND -UTILITIES | B | Dividend | M | T | Buy | 8/29 | M | | |
| 164. | | | | | | | | | |
| 165.     MUNICIPAL BONDS | | | | | | | | | |
| 166. FAIRFAX CNTY 4.875% 6/1/03 | B | Interest | | | Mature | 6/1 | L | | |
| 167. NORFOLK VA 5.4% 6/1/04 | D | Interest | M | T | | | | | |
| 168. NORFOLK VA 5.0% 6/1/05 | C | Interest | L | T | | | | | |
| 169. VA STATE GO 5.0% 6/1/08 | D | Interest | M | T | | | | | |
| 170. VA STATE 6.0% 6/1/05 | B | Interest | | | Call | 6/1 | L | | |
| 171. VA STATE PUB SCH 5.3% 1/1/07 | C | Interest | L | T | | | | | |
| 172. VA STATE PUB BLDG 5.25% 8/1/06 | C | Interest | J | T | Part Call | 8/1 | L | A | |
| 173. HAMPTON VA 5.0% 8/1/07 | C | Interest | | | Call | 8/1 | L | B | |
| 174. VA STATE PUB BLDG 4.9% 8/1/03 | B | Interest | | | Mature | 8/1 | K | | |
| 175. VA BEACH 5.4% 7/15/09 | C | Interest | L | T | | | | | |
| 176. ROANOKE VA 5.0% 2/1/14 | B | Interest | K | T | | | | | |
| 177. VA PUB BLDG AUTH 5.2% 8/1/14 | C | Interest | | | Sold | 12/1 | L | C | |
| 178. VA COLLEGE BLDG AUTH 5.0% 8/1/10 | C | Interest | L | T | | | | | |
| 179. LEESBURG 5.0% 1/15/13 | D | Interest | | | Sold | 12/1 | M | D | |
| 180. VA HDA 5.1% 6/1/14 | D | Interest | | | Sold | 12/1 | M | C | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. ARLINGTON CNTY 5.10% 7/15/05 | B | Interest | | | Call | 7/15 | L | | |
| 182. FAIRFAX CNTY 5.5% 5/15/14 | B | Interest | K | T | | | | | |
| 183. NORFOLK VA 4.5% 11/1/03 | B | Interest | | | Mature | 11/1 | K | | |
| 184. VA BEACH 5.75% 11/1/10 | C | Interest | M | T | | | | | |
| 185. VA STATE 4.15% 4/1/03 | A | Interest | | | Mature | 4/1 | K | | |
| 186. DC WMATA 5.25% 7/1/14 | B | Interest | K | T | | | | | |
| 187. FAIRFAX CNTY 4.25% 6/1/09 | A | Interest | L | T | Buy | 8/28 | L | | |
| 188. | | | | | | | | | |
| 189.      MUTUAL FUNDS/T NOTES | | | | | | | | | |
| 190. US T NTS 5.5% 5/15/09 | C | Interest | | | Sold | 5/7 | M | D | |
| 191. US T NTS 4.875% 2/15/12 | B | Interest | | | Sold | 5/7 | K | C | |
| 192. US T NTS 4.375% 5/15/07 | B | Interest | K | T | | | | | |
| 193. FED HOME LOAN BK 5.5% 9/24/13 | | None | K | T | Buy | 9/10 | K | | |
| 194. FED NATL MTG ASSN 5.5% 9/16/16 | | None | K | T | Buy | 9/10 | K | | |
| 195. | | | | | | | | | |
| 196.      SAVINGS ACCOUNTS | | | | | | | | | |
| 197. FIRST VA BANK, FALLS CHURCH | A | Interest | L | T | | | | | |
| 198. RIGGS NATL BANK, WASHINGTON DC | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | | | | | |
| 200. REAL ESTATE-SEE PART VIII FOR ASSESSMENT DATA | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. ████████ LOTS ████████ | | None | K | S | | | | | |
| 203. *PROPERTY OWNED ████ INCOME & VALUE FBO ████ =1/2 VALUE | | | | | | | | | |
| 204. | | | | | | | | | |
| 205. 1/6 INT A&L WEIL FARM | A | Interest | K | T | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | OBERDORFER, LOUIS F | Trust #2 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. COMMON STOCKS | | | | | | | | | |
| 218. HOUSEHOLD INT'L INC. | | | | | Sold | 2/3 | K | E | |
| 219. WACHOVIA CORP NEW | | | | | | | | | |
| 220. GENERAL ELECTRIC | | | | | | | | | |
| 221. AMERICAN INT'L GROUP | | | | | | | | | |
| 222. NEXTEL COMM | | | | | | | | | |
| 223. ROYAL DUTCH PETE | | | | | | | | | |
| 224. IBM CORP | | | | | | | | | |
| 225. SUN MICROSYSTEMS | | | | | Sold | 5/21 | J | | |
| 226. BANK NEW YORK INC. | | | | | Sold | 2/3 | K | | |
| 227. CISCO SYS INC. | | | | | | | | | |
| 228. ORACLE CORP. | | | | | | | | | |
| 229. EMC CORP/MASS | | | | | | | | | |
| 230. MARSH & MCLENNAN | | | | | | | | | |
| 231. APPLIED MATERIALS INC. | | | | | | | | | |
| 232. DUKE ENERGY CORP | | | | | Sold | 2/3 | J | | |
| 233. UNITED PARCEL SERVICE | | | | | | | | | |
| 234. UNION PACIFIC CORP COM | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
W = Estimated

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | OBERDORFER, LOUIS F | Trust #2 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | STATE STREET CORP | | | | | Buy | 2/3 | J | | |
| 236. | EXXON MOBIL CORP | | | | | Buy | 11/25 | J | | |
| 237. | | | | | | | | | | |
| 238. | MUTUAL FUNDS/BONDS | | | | | | | | | |
| 239. | SCUDDER CAP GROWTH FUND | | | | | | | | | |
| 240. | CITIBANK MDA SHORT TERM | | | | | | | | | |
| 241. | NEWPORT NEWS VA 3/1/06 | | | | | | | | | |
| 242. | MANASSAS VA 5/1/03 | | | | | Mature | 5/1 | K | | |
| 243. | VA STATE PUB BLDG 3.75% 8/1/05 | | | | | | | | | |
| 244. | | | | | | | | | | |
| 245. | AGGREGATE-SEE NOTE PART VIII | D | Int/Div | M | T | | | | | |
| 246. | | | | | | | | | | |
| 247. | | | | | | | | | | |
| 248. | | | | | | | | | | |
| 249. | | | | | | | | | | |
| 250. | | | | | | | | | | |
| 251. | | | | | | | | | | |
| 252. | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | | | W = Estimated | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | OBERDORFER, LOUIS F   Trust #3 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253.   COMMON STOCKS | | | | | | | | | |
| 254.   JOHNSON & JOHNSON | | | | | Part Sale | 11/25 | L | E | |
| 255.   EXCELSIOR BELNDED EQUITY | | | | | | | | | |
| 256.   EXCELSIOR VALUE & RESTR FUND | | | | | | | | | |
| 257.   CISCO SYS INC. | | | | | | | | | |
| 258.   IBM | | | | | | | | | |
| 259.   MARSH & MCLENNAN | | | | | | | | | |
| 260.   BP AMOCO | | | | | Sold | 5/29 | K | A | |
| 261.   BANK NEW YORK INC. | | | | | Sold | 2/3 | J | | |
| 262.   NEXTEL COMM. INC. | | | | | | | | | |
| 263.   AMERICAN INT'L GROUP INC. | | | | | | | | | |
| 264.   MSD&T FDS INC TAX-EX MM FUND | | | | | Buy Monthly | 2003 | | | |
| 265.   ORACLE CORP | | | | | | | | | |
| 266.   UNITED PARCEL SERVICE | | | | | | | | | |
| 267.   EMC CORP/MASS | | | | | | | | | |
| 268.   CITIGROUP INC. | | | | | | | | | |
| 269.   DUKE ENERGY CORP | | | | | Sold | 2/3 | J | | |
| 270.   APPLIED MATERIALS INC. | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | OBERDORFER, LOUIS F | Trust #3 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. UNION PACIFIC CORP | | | | | | | | | |
| 272. EXXON MOBIL CORP | | | | | Buy | 11/25 | J | | |
| 273. GENERAL ELECTRIC CO | | | . | | Buy | 11/25 | J | | |
| 274. STATE STREET CORP | . | | . | | Buy | 2/3 | J | | |
| 275. | | | | | | | | | |
| 276.  MUNICIPAL BONDS | | | | | | | | | |
| 277. PORTSMOUTH VA 4.0% 6/1/06 | | . | . | | | . | | | |
| 278. | . | | . | | | | | | |
| 279. | | | | | | | . | | |
| 280. | | | | | | | | | |
| 281. AGGREGATE-SEE NOTE PART VIII | | | M | T | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | . | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | . |
| 287. | : | | | | | . | | | |
| 288. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes
   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   W = Estimated

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | OBERDORFER, LOUIS F | Trust #4 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. COMMON STOCKS | | | | | | | | | |
| 290. MERCANTILE FUNDS GOVT MM | | | | | Buy Monthly | 2003 | | | |
| 291. UNILEVER NV | | | | | | | | | |
| 292. INGERSOLL RAND CO | | | | | | | | | |
| 293. NESTLE | | | | | | | | | |
| 294. EMERSON ELECTRIC | | | | | | | | | |
| 295. ILLINOIS TOOL WORKS | | | | | | | | | |
| 296. NORFOLK SOUTHERN CORP | | | | | Sold | 9/23 | J | | |
| 297. SCHLUMBERGER LTD. | | | | | | | | | |
| 298. SONY CORP AMER SH NEW | | | | | Sold | 12/10 | J | | |
| 299. UNITED PARCEL SVC | | | | | | | | | |
| 300. AUTOMATIC DATA PROCESSING | | | | | Buy | 10/8 | J | | |
| 301. MICROSOFT CORP | | | | | Buy | 10/8 | J | | |
| 302. MICROSOFT CORP | | | | | Buy | 11/7 | J | | |
| 303. WALT DISNEY CO. | | | | | Buy | 11/7 | J | | |
| 304. NEW YORK TIMES CO | | | | | Buy | 11/7 | J | | |
| 305. MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Buy | 3/31 | J | | |
| 306. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| OBERDORFER, LOUIS F | Trust #4 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MUNICIPAL BONDS | | | | | | | | | |
| 308. MD ST HEALTH & HIGHER ED 5.4% 7/1/08 | | | | | | | | | |
| 309. MD STATE 5.125% 10/15/10 | | | | | | | | | |
| 310. MONTGOMERY CNTY 5.4% 7/1/11 | | | | | Sold | 12/1 | K | A | |
| 311. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 312. MD STATE CMNTY DEV 4.3% 4/1/09 | | | | | | | | | |
| 313. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 314. CUMBERLAND CNTY 7.25% 12/1/25 | | | | | | | | | |
| 315. GUNTERSVILLE AL WTR WKS 5.1% 8/1/06 | | | | | Call | 8/1 | J | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |
| 318. | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. AGGREGATE-SEE NOTE PART VIII | | | L | T | | | | | |
| 321. | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |
| 324. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 19 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Trust #5

5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. COMMON STOCKS | | | | | | | | | |
| 326. TORCHMARK | | | | | Part Sale | 4/3 | J | C | |
| 327. BRISTOL MYERS SQUIBB | | | | | | | | | |
| 328. ZIMMER HOLDINGS | | | | | | | | | |
| 329. JOHNSON & JOHNSON | | | | | | | | | |
| 330. GENERAL ELECTRIC CO | | | | | | | | | |
| 331. UNILEVER NV | | | | | | | | | |
| 332. INGERSOLL RAND | | | | | | | | | |
| 333. 3M CO. | | | | | | | | | |
| 334. UNION PACIFIC | | | | | Part Sale | 5/16 | J | A | |
| 335. UNION PACIFIC | | | | | Part Sale | 7/7 | J | A | |
| 336. UNION PACIFIC | | | | | Sold | 12/5 | J | A | |
| 337. NESTLE | | | | | | | | | |
| 338. RPM INC. OHIO | | | | | | | | | |
| 339. EMERSON ELECTRIC CO. | | | | | | | | | |
| 340. ILLINOIS TOOL WORKS | | | | | | | | | |
| 341. NORFOLK SOUTHERN CORP | | | | | Sold | 9/23 | K | | |
| 342. SCHLUMBERGER LTD | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| OBERDORFER, LOUIS F | Trust #5 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. SONY CORP AMER SH NEW | | | | | Sold | 12/10 | K | | |
| 344. UNITED PARCEL SVC | | | | | | | | | |
| 345. AUTOMATED DATA PROCESSING INC | | | | | Buy | 10/8 | K | | |
| 346. MICROSOFT CORP | | | | | Buy | 10/8 | K | | |
| 347. MICROSOFT CORP | | | | | Buy | 11/7 | K | | |
| 348. WALT DISNEY CO. | | | | | Buy | 11/7 | K | | |
| 349. NEW YORK TIMES CO | | | | | Buy | 11/7 | K | | |
| 350. MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Buy | 3/31 | K | | |
| 351. | | | | | | | | | |
| 352. MUTUAL FUNDS/T-NOTES/BONDS | | | | | | | | | |
| 353. MERCANTILE FUNDS GOVT MM | | | | | Buy Monthly | 2003 | | | |
| 354. MD STATE DEPT TRNSP 4.4% 12/15/04 | | | | | Call | 3/17 | K | B | |
| 355. MOBILE ALA 10.875% 11/1/07 | | | | | Part Redemp | 11/1 | J | | |
| 356. BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 357. MD ST 5.125% 10/15/10 | | | | | | | | | |
| 358. MD ST TRANS 5.75% 7/1/15 | | | | | | | | | |
| 359. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 360. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | | |
|---|---|---|
| OBERDORFER, LOUIS F | Trust #5 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. CUMBERLAND CNTY MD 7.25% 12/1/25 | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. | | | | | | | | | |
| 364. AGGREGATE-SEE NOTE PART VIII | | | N | T | | | | | |
| 365. | | | | | | | | | |
| 366. | | | | | | | | | |
| 367. | | | | | | | | | |
| 368. | | | | | | | | | |
| 369. | | | | | | | | | |
| 370. | | | | | | | | | |
| 371. | | | | | | | | | |
| 372. | | | | | | | | | |
| 373. | | | | | | | | | |
| 374. | | | | | | | | | |
| 375. | | | | | | | | | |
| 376. | | | | | | | | | |
| 377. | | | | | | | | | |
| 378. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 22 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Trust #6

5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. COMMON STOCKS | | | | | | | | | |
| 380. PEPSICO INC. | | | | | | | | | |
| 381. JOHNSON & JOHNSON | | | | | Part Sale | 11/25 | K | D | |
| 382. MERCK & CO | | | | | | | | | |
| 383. MEDCO | | | | | Spinoff | 8/20 | | | From Merck & Co |
| 384. SCHERING PLOUGH | | | | | Part Sale | 1/29 | M | G | |
| 385. SCHERING PLOUGH | | | | | Part Sale | 3/5 | L | F | |
| 386. BERKSHIRE HATHAWAY, INC. | | | | | | | | | |
| 387. BP AMOCO | | | | | | | | | |
| 388. WALT DISNEY CO. | | | | | | | | | |
| 389. BRISTOL MYERS SQUIBB | | | | | Part Sale | 3/11 | K | E | |
| 390. GENERAL ELECTRIC | | | | | | | | | |
| 391. ROYAL DUTCH PETE CO. | | | | | | | | | |
| 392. IBM CORP. | | | | | | | | | |
| 393. CISCO SYS INC. | | | | | Sold | 1/6 | L | | |
| 394. MSD&T FDS INC TAX-EXEMPT MM FUND | | | | | Buy Monthly | 2003 | | | |
| 395. ORACLE CORP. | | | | | | | | | |
| 396. UNITED PARCEL SERVICE | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 23 of 32

Name of Person Reporting
OBERDORFER, LOUIS F

Trust #6

5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. EMC CORP/MASS | | | | | | | | | |
| 398. MARSH & MCLENNAN | | | | | | | | | |
| 399. DUKE ENERGY CORP | | | | | Sold | 2/3 | K | | |
| 400. APPLIED MATERIALS INC. | | | | | | | | | |
| 401. CITIGROUP INC. | | | | | | | | | |
| 402. STATE STREET CORP | | | | | | | | | |
| 403. UNION PACIFIC CORP | | | | | | | | | |
| 404. EXXON MOBIL CORP | | | | | Buy | 11/25 | K | | |
| 405. AMERICAN INTL GROUP INC | | | | | Buy | 2/4 | J | | |
| 406. AMERICAN INTL GROUP INC | | | | | Buy | 3/11 | J | | |
| 407. | | | | | | | | | |
| 408. BONDS/MUTUAL FUNDS | | | | | | | | | |
| 409. CHESTERFIELD CNTY VA 1/1/05 | | | | | | | | | |
| 410. FAIRFAX CNTY VA 6/1/03 | | | | | Mature | 6/1 | L | | |
| 411. RICHMOND VA 1/15/07 | | | | | | | | | |
| 412. VA ST PUB BLDG AUTH 8/1/15 | | | | | | | | | |
| 413. PORTSMOUTH VA 4.0% 6/1/06 | | | | | | | | | |
| 414. AGGREGATE-SEE NOTE PART VIII | | | O | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

Name of Person Reporting
OBERDORFER, LOUIS F

Trust #7

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. COMMON STOCKS | | | | | | | | | |
| 416. AT&T WIRELESS | | | | | Sold | 3/31 | J | | |
| 417. EL PASO CORPORATION | | | | | Sold | 10/8 | K | D | |
| 418. REGIONS FINANCIAL CORP | | | | | Part Sale | 1/8 | J | D | |
| 419. REGIONS FINANCIAL CORP | | | | | Part Sale | 4/3 | J | D | |
| 420. REGIONS FINANCIAL CORP | | | | | Part Sale | 10/8 | J | D | |
| 421. REGIONS FINANCIAL CORP | | | | | Part Sale | 11/6 | J | D | |
| 422. DOW CHEMICAL | | | | | | | | | |
| 423. UNILEVER NEW YORK SHS NEW | | | | | | | | | |
| 424. INGERSOLL RAND | | | | | | | | | |
| 425. ALLTEL CORP. | | | | | | | | | |
| 426. 3M CO | | | | | | | | | |
| 427. INTEL | | | | | | | | | |
| 428. NESTLE | | | | | | | | | |
| 429. RPM INC. OHIO | | | | | | | | | |
| 430. UNION PACIFIC CAP TRUST | | | | | Part Sale | 5/16 | J | B | |
| 431. UNION PACIFIC CAP TRUST | | | | | Part Sale | 7/7 | J | B | |
| 432. UNION PACIFIC CAP TRUST | | | | | Sold | 12/5 | J | B | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
V = Other   W = Estimated

| Name of Person Reporting | |
|---|---|
| OBERDORFER, LOUIS F | Trust #7 |
| Date of Report | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 433. GANNETT INC. | | | | | | | | | |
| 434. SONY CORP AMER SH NEW | | | | | Sold | 12/10 | K | | |
| 435. EMERSON ELECTRIC | | | | | | | | | |
| 436. UNITED PARCEL SVC | | | | | | | | | |
| 437. NORFOLK SOUTHERN CORP | | | | | Sold | 9/23 | K | | |
| 438. ILLINOIS TOOL WORKS | | | | | | | | | |
| 439. SCHLUMBERGER LTD. | | | | | | | | | |
| 440. AUTOMATIC DATA PROCESSING INC | | | | | Buy | 10/8 | K | | |
| 441. MICROSOFT CORP | | | | | Buy | 10/8 | K | | |
| 442. MICROSOFT CORP | | | | | Buy | 11/7 | K | | |
| 443. WALT DISNEY CO | | | | | Buy | 11/7 | K | | |
| 444. NEW YORK TIMES CO | | | | | Buy | 11/7 | K | | |
| 445. | | | | | | | | | |
| 446. MUNICIPAL BONDS | | | | | | | | | |
| 447. MD STATE TRANSP 5.25% 9/15/05 | | | | | Call | 9/15 | J | A | |
| 448. ROCKVILLE MD 4.6% 4/15/03 | | | | | Mature | 4/15 | J | A | |
| 449. MARYLAND STATE 5.0% 10/15/04 | | | | | | | | | |
| 450. GADSDEN, ALA 6.9% 7/1/07 | | | | | Part<br>Redemp | 7/1 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| OBERDORFER, LOUIS F | Trust #7 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. MD STATE 5.7% 10/15/06 | | | | | | | | | |
| 452. MD STATE TRANSP 5.0% 12/01/04 | | | | | | | | | |
| 453. WASHINGTON SUB SANIT 5.5% 7/1/08 | | | | | Call | 4/1 | J | | |
| 454. MD STATE HEALTH 5.4% 7/1/08 | | | | | | | | | |
| 455. MOBILE ALA 10.875% 11/1/07 | | | | | Part Redemp | 11/1 | J | | |
| 456. BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 457. MONTGOMERY CNTY HSNG 5.4% 7/1/11 | | | | | Call | 12/1 | L | C | |
| 458. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 459. MD ST TRANSP 5.75% 7/1/15 | | | | | | | | | |
| 460. UNIV MD SYS AUX 5.0% 10/1/11 | | | | | Call | 10/1 | K | | |
| 461. STOUGHTON WISC AREA SCHOOL 4.625% 4/1/13 | | | | | | | | | |
| 462. N.E. MD WASTE DISP AUTH 7.2% 1/1/05 | | | | | | | | | |
| 463. CUMBERLAND CNTY 7.25% 12/1/25 | | | | | | | | | |
| 464. GUNTERSVILLE AL 5.1% 8/1/06 | | | | | Call | 8/1 | K | | |
| 465. PA HSG FIN AGY 5.0% 4/1/16 | | | | | Call | 12/1 | M | C | |
| 466. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 467. MD ST HEALTH & HIGHER 6.0% 7/1/39 | | | | | | | | | |
| 468. BALTIMORE CNTY MD 4.75% 7/1/15 | | | | | Buy | 10/2 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
                         V = Other    W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 27 of 32

Name of Person Reporting

OBERDORFER, LOUIS F    Trust #7

Date of Report

5/15/2004

## VII.  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469.   MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 470.   MERCANTILE GOVT MM | | | | | Buy Monthly | 2003 | | | |
| 471.   MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Buy | 3/31 | L | | |
| 472. | | | | | | | | | |
| 473. | | | | | | | | | |
| 474. | | | | | | | | | |
| 475.   AGGREGATE-SEE NOTE PART VIII | | | O | T | | | | | |
| 476. | | | | | | | | | |
| 477. | | | | | | | | | |
| 478. | | | | | | | | | |
| 479. | | | | | | | | | |
| 480. | | | | | | | | | |
| 481. | | | | | | | | | |
| 482. | | | | | | | | | |
| 483. | | | | | | | | | |
| 484. | | | | | | | | | |
| 485. | | | | | | | | | |
| 486. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | | |
|---|---|---|
| OBERDORFER, LOUIS F | Trusts #8 - #11 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. SEI LIQUID ASSET TRUST PRIME | | | | | Buy Monthly | 2003 | | | |
| 488. FED'L NAT'L MTG. ASSN. | | | | | Sold | 7/22 | J | A | |
| 489. FHLB 5.0% 1/28/11 | | | | | Call | 4/28 | K | | |
| 490. FNMA MTN 6.04% 2/25/09 | | | | | | | | | |
| 491. FHLMC 5.75% 4/29/09 | | | | | | | | | |
| 492. FED NATL MTG ASSN 4.75% 12/22/06 | | | | | Call | 12/22 | L | | |
| 493. FEDERATED PRIME OBLIGATIONS FDSS | | | | | Buy Monthly | 2003 | | | |
| 494. FNMA 3.5% 10/15/07 | | | | | Buy | 7/11 | K | | |
| 495. | | | | | | | | | |
| 496. COMMON STOCKS | | | | | | | | | |
| 497. BB&T CORP | | | | | | | | | |
| 498. CINTAS CORP | | | | | | | | | |
| 499. GOLDEN WEST FIN CORP | | | | | | | | | |
| 500. HEALTH MGMT ASSOC INC NEW | | | | | | | | | |
| 501. IDEXX CORP | | | | | Part Sale | 12/10 | J | B | |
| 502. KIMCO REALTY CORP | | | | | | | | | |
| 503. WRIGLEY WM JR CO | | | | | | | | | |
| 504. ABBOTT LABS | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | | |
|---|---|---|
| OBERDORFER, LOUIS F | Trusts #8 -#11 | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. BEMIS INC | | | | | | | | | |
| 506. MCCORMICK & CO | | | | | | | | | |
| 507. VALSPAR CORP | | | | | | | | | |
| 508. AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 509. VORNADO RLTY TR | | | | | | | | | |
| 510. EXPEDITORS INTL WASH INC | | | | | | | | | |
| 511. FAIR ISAAC & CO | | | | | | | | | |
| 512. LOWES COS INC | | | | | Buy | 5/28 | J | | |
| 513. LOWES COS INC | | | | | Buy | 7/11 | K | | |
| 514. KOHLS CORP | | | | | Part Sale | 12/3 | J | | |
| 515. MICROSOFT CORP | | | | | | | | | |
| 516. MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 517. OMNICOM GROUP INC | | | | | Buy | 1/3 | K | | |
| 518. WALGREEN CO | | | | | Buy | 4/3 | J | | |
| 519. AMERICAN PWR CONVERSION CORP | | | | | Buy | 8/13 | J | | |
| 520. 3M CO | | | | | Buy | 9/17 | J | | |
| 521. AUTOZONE INC | | | | | Buy | 4/3 | J | | |
| 522. NOKIA CORP | | | | | Buy | 5/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | (2) | | | | | If | | disclosure | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | (3) | (4) | (5) |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | K | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

B         D         E

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

   U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541.        COMMON STOCKS | | | | | | | | | |
| 542.  BP AMOCO | | | | | Part Sale | 7/9 | J | A | |
| 543.  BP AMOCO | | | | | Part Sale | 10/24 | J | A | |
| 544.  HEALTHCARE REALTY | | | | | Sold | 1/28 | J | C | |
| 545.  ABBOTT LABS | | | | | | | | | |
| 546.  AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 547.  BB&T CORP | | | | | | | | | |
| 548.  BEMIS INC | | | | | | | | | |
| 549.  CINTAS CORP | | | | | | | | | |
| 550.  EXPEDITORS INTL WASH INC | | | | | | | | | |
| 551.  GOLDEN WEST FIN CORP | | | | | | | | | |
| 552.  HEALTH MGMT ASSOC | | | | | | | | | |
| 553.  IDEXX CORP | | | | | | | | | |
| 554.  KIMCO REALTY CORP | | | | | | | | | |
| 555.  KOHLS CORP | | | | | Part Sale | 12/3 | J | | |
| 556.  MCCORMICK & CO | | | | | | | | | |
| 557.  MICROSOFT CORP | | | | | | | | | |
| 558.  VALSPAR CORP | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

OBERDORFER, LOUIS F    Trust #12

5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. VORNADO RLTY TRST | | | | | | | | | |
| 560. WRIGLEY WM JR CO | | | | | | | | | |
| 561. AMERICAN PWR CONVERSION CORP | | | | | Buy | 8/13 | J | | |
| 562. AUTOZONE INC | | | | | Buy | 4/3 | J | | |
| 563. EMERSON ELEC CO | | | | | Buy | 3/18 | J | | |
| 564. NOKIA CORP | | | | | Buy | 5/28 | J | | |
| 565. 3M CO | | | | | Buy | 9/17 | J | | |
| 566. ZIMMER HOLDINGS INC | | | | | Buy | 6/6 | J | | |
| 567. ZIMMER HOLDINGS INC | | | | | Part Sale | 12/10 | J | A | |
| 568. | | | | | | | | | |
| 569. FHLMC 5.75% 4/29/09 | | | | | | | | | |
| 570. FNMA MTN 6.04% 2/25/09 | | | | | | | | | |
| 571. RIGGS MONEY MKT | | | | | Buy Monthly | 2003 | | | |
| 572. | | | | | | | | | |
| 573. | | | | | | | | | |
| 574. AGGREGATE-SEE NOTE PART VIII | C | Int/Div | J | T | | | | | |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. · ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| | ASSESS | % FMV | VALUE | % OWNED | RPTD VALUE |
|---|---|---|---|---|---|
| PART VII: PAGE 4, LINE 64 & PAGE 12, LINE 202 | 33,000 | 50 | 66,600 | 50 | 33,300 |

SEE ATTACHMENTS FOR NOTES TO AGGREGATE TRUST VALUES



C/O LOUIS F. OBERDORFER
U.S. COURTHOUSE, ROOM 2309
WASHINGTON, D.C. 20001

NOTE TO AGGREGATES:
  FACTOR FROM FEDERAL REG. 20.2031-7 AND REV RUL 89-127 TO VALUE OF SECURITIES
  UNDER METHOD T APPLIES TO ALL TRUSTS LISTED IN PART VII.

PAGE 5    TRUST #1
          VALUATION BASED ON LIFETIME INCOME INTEREST IN TRUST OF PERSON
          REPORTING

PAGE 13   TRUST #2
          VALUATION BASED ON LIFETIME INCOME INTEREST OF ▇▇▇ IN TRUST

PAGE 15   TRUST #3

PAGE 17   TRUST #4

PAGE 19   TRUST #5

PAGE 22   TRUST #6

PAGE 24   TRUST #7

THE INCOME OF EACH OF TRUSTS #3 THROUGH #7 WILL BE PAID TO ▇▇▇ OR ACCUMULATED AS DETERMINED BY AN ADVISORY
COMMITTEE CONSISTING OF ▇▇▇▇▇▇▇ IN ADDITION, SHE HAS LIMITED TESTAMENTARY POWER OF
APPOINTMENT OVER THE REMAINDER. SHE HAS NO OTHER INTEREST IN THESE TRUSTS.

LOUIS F. OBERDORFER IS CO-TRUSTEE FOR THE FOLLOWING TRUSTS OVER WHICH HE HAS INVESTMENT AUTHORITY, BUT NO
BENEFICIAL INTEREST. SINCE THE BENEFICIAL INTEREST IS NONEXISTENT, THE INDICATED VALUE IS J:

PAGE 28   ▇▇▇ TRUSTS ▇▇▇▇▇▇
          TRUSTS #8 THROUGH #11

PAGE 31   TRUST U/A 6/24/94 FBO ▇▇▇ AS OF MARCH 1996, UPON THE DEATH
          OF ▇▇▇ TRUST IS FBO ▇▇▇ OF PERSON REPORTING. TRUST #12

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

OF MS. BINZEL, TRUST IS FBO GRANDSON OF PERSON REPORTING.  TRUST #12

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████         Date  4/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544